## In re BRIDGEPORT FIRE LITIGATION.

### Petition of Donald E. Haviland, Jr., Esquire and the Haviland Law Firm.

Supreme Court of Pennsylvania.

June 13, 2011.

---

9. *See Armstrong*, 495 Pa. at 513 n. 8, 434 A.2d at 1209 n. 8 ("Our decision is in accord with the provisions of the Criminal History Record Information Acts of 1978 and 1979. *See* 18. Pa.C.S. § 9122(a)(2) & (c) (Supp. 1989–1982). The present case, however, arose before the effective dates of those statutes.").

10. Parenthetically, while the Superior Court has held that a person cannot expunge his conviction records under the *Wexler* expungement standards, *see Commonwealth v. Madgon*, 310 Pa.Super. 84, 456 A.2d 194 (1983), we have never addressed that issue. Therefore, it remains an open question whether, pursuant to Section 9122(a)(2), a trial court could order expungement of criminal history record information for a person convicted of a crime.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of June, 2011, the Petition for Allowance of Appeal and Application for Leave to File Reply in Support of Petition for Allowance of Appeal are **DENIED.** This matter is referred to the Disciplinary Board of the Supreme Court of Pennsylvania for review of petitioners' conduct.